FILED: March 20, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-4147
(2:16-cr-00130-MSD-LRL-5)

_____

UNITED STATES OF AMERICA,

Plaintiff – Appellee,

v.

MALEK LASSITER, a/k/a Leeko,

Defendant – Appellant.

_____

O R D E R

_____

The court amends its opinion filed March 15, 2024, as follows:

On page 15, subsection C. is changed to subsection B.

For the Court—By Direction

/s/ Nwamaka Anowi, Clerk